# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF THE DIRECTOR )<br>OF NATIONAL INTELLIGENCE )<br>Washington, D.C. 20511 )<br>)<br>Defendant. ) | Case No. 17-cv-0163 RC |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for a five-day enlargement of time to, and including, March 17, 2017, to file an Answer or otherwise respond to the Amended Complaint in this action brought under the Freedom of Information Act ("FOIA"). This is Defendant's first request to extend the deadline to answer or otherwise respond to the Amended Complaint and this request does not affect any other pending deadlines. This request is made in good faith and with good cause, as set forth below.

    1. The Complaint in this action was filed on January 25, 2017, and the Amended Complaint was filed on February 10, 2017. The United States Attorney's Office for the District of Columbia was served with the Amended Complaint on February 10, 2017. Therefore, a response to the Amended Complaint is due Sunday, March 12, 2017.

2. Unfortunately, the undersigned counsel, Jennie L. Kneedler, has been ill since Sunday evening.

3. Accordingly, undersigned counsel respectfully requests a five-day extension of time, until March 17, 2017, to file a response to the Amended Complaint.

4. Pursuant to Local Rule 7(m), undersigned counsel has conferred with the Plaintiff, through counsel, and Plaintiff consents. A proposed order granting this motion is attached.

WHEREFORE, Defendant requests that the Court grant this motion for an enlargement of time, permitting Defendant to respond to the Amended Complaint on or before March 17, 2017.

Dated: March 9, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Jennie L. Kneedler*
JENNIE L. KNEEDLER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C.  20001
Tel. (202) 305-8662
Fax (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov
D.C. Bar # 500261