UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>*Defendant*. | Civil Action No. 17-163 |

**JOINT STATUS REPORT**

Plaintiff, the Electronic Privacy Information Center ("EPIC"), and Defendant, the Office of the Director of National Intelligence ("ODNI"), hereby submit this Joint Status Report pursuant to this Court's April 3, 2017, Minute Order.

EPIC filed a Freedom of Information Act ("FOIA") request with the ODNI on Jan. 9, 2017. ECF No. 6 ¶ 20. EPIC's request sought the "unredacted ODNI 2017 report 'Assessing Russian Activities and Intentions in Recent US Elections,' (Jan. 6, 2017)." *Id.* ¶ 21. On January 25, 2017, Plaintiff filed this lawsuit, seeking release of the record.

On May 3, 2017, the ODNI sent a letter to EPIC stating that the agency was withholding the document in full. EPIC has reviewed the agency response and informed the ODNI that EPIC intends to challenge the assertion of exemptions (b)(1) and (b)(3) and the failure to release reasonably segregable, non-exempt portions of the record.

Accordingly, the Parties request that the Court enter the following briefing schedule, as provided in the accompanying Proposed Order:

Defendant's Motion for Summary Judgment:          June 19, 2017

| | |
|---|---|
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | July 18, 2017 |
| Defendant's Reply in Support of Motion for Summary Judgment and Opposition | August 7, 2017 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | August 22, 2017 |

May 17, 2017                                              Respectfully submitted,

By:   MARC ROTENBERG, D.C. BAR # 422825
      EPIC President

      */s/ Alan Butler*
      ALAN BUTLER, D.C. BAR # 1012128
      EPIC Senior Counsel
      Electronic Privacy Information Center
      1718 Connecticut Ave. NW, Suite 200
      Washington, DC 20009
      (202) 483-1140
      butler@epic.org

      *Counsel for Plaintiff*